# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3366

_____

United States of America,      *
                          *

        Appellee,        *

                           *  Appeal from the United States

      v.               *  District Court for the

                           *  Eastern District of Missouri.

Bruce A. Malady,         *     [UNPUBLISHED]

                           *

        Appellant.      *

_____

Submitted:  February 10, 2004

Filed:  March 23, 2004

_____

Before LOKEN, Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Subject to this appeal of the district court's[1] denial of his motion to suppress evidence, Bruce Malady pleaded guilty to possessing  psuedoephedrine  with the intent to manufacture methamphetamine.  Malady argues on appeal that the search of his home and vehicles was unlawful because the officers accompanied a Family Services worker "simply as a subterfuge," and that he would not have otherwise admitted them into his home.  Having reviewed the matter in accordance with the

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

standard set forth in <u>United States v. Allen</u>, 297 F.3d 790, 794 (8th Cir. 2002) (factual findings for clear error; ultimate question of constitutional violation de novo), we agree with the district court that the search was consensual and that Malady's statements were voluntarily made.  Affirmed. <u>See</u> 8th Cir. R. 47B.

_____